# Exhibit A

Sent: 02/14/20, 15:23:01 PM GMT
Service: iMessage

Eric (FEAR) Friedman

> The spotlight at Facebook etc is all on trust and safety (fake accounts, etc). In privacy, they suck.

Sent: 02/14/20, 15:23:30 PM GMT
Service: iMessage

Eric (FEAR) Friedman

> Our priorities are the inverse.

Sent: 02/14/20, 15:23:36 PM GMT
Service: iMessage

Eric (FEAR) Friedman

> Which is why we are the greatest platform for distributing child porn, etc.

Sent: 02/14/20, 15:23:49 PM GMT
Service: iMessage

Herve Sibert

> Really? I mean, is there a lot of this in our ecosystem? I thought there were even more opportunities for bad actors on other file sharing systems

Sent: 02/14/20, 15:25:02 PM GMT
Service: iMessage

Eric (FEAR) Friedman

> Yes

Sent: 02/14/20, 15:25:16 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FREE TRIAL - https://OCRKit.com
Case 5:24-cv-05107-NC Document 30-1 Filed 08/13/24 Page 3 of 3

Eric (FEAR) Friedman

> But -- and here's the key -- we have chosen to not know in enough places where we really cannot say.

Sent: 02/14/20, 15:25:36 PM GMT
Service: iMessage

Eric (FEAR) Friedman

> The NYTimes published a bar graph showing how companies are doing in this area. We are on it, but I think it's an underreport.

Sent: 02/14/20, 15:26:39 PM GMT
Service: iMessage

Eric (FEAR) Friedman

> Also, we KNOW that developers on our platform are running social media integrations that are inherently unsafe. We can do things in our ecosystem to help with that. For example "ask to chat" is a feature we could require developers to adopt and use for U13 accounts.

Sent: 02/14/20, 15:27:39 PM GMT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PX-0276.18
APL-APPSTORE_09884206